E-FILED
Tuesday, 08 August, 2017 02:08:19 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JANE R. CRAIN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 14-cv-4079 |
| ) | |
| ROSEVILLE REHABILITATION AND ) | |
| HEALTH CARE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Jain Crain, plaintiff, by her attorney John F. Doak and Roseville Rehabilitation and Health Care, defendant, by its attorney Christine L. Self, hereby stipulate and agree that the above-entitled cause be dismissed, with prejudice, cause of action satisfied and costs being paid.

Dated this 8th day of August, 2017.

/s/ John F. Doak
John F. Doak
Attorneys for Plaintiff
 KATZ NOWINSKI P.C.
1000 – 36th Avenue
 Moline, IL 61265
E-mail: jdoak@katzlawfirm.com


/s/ Christine L. Self
Christine L. Self
Attorneys for Defendant
Sorling Northrup
Attorney for Defendant
1 N. Old State Capitol Plaza, Suite 200
Springfield, IL  62705
E-Mail:  kwlaudeman@sorlinglaw.com